# EXHIBIT B



DATE: July 27, 2023

RE: WAYFARER STUDIOS LLC
Proposed Insurance: Employment Practices Liability / Harco National Insurance Company / Admitted
Policy Period: 7/15/2023 to 7/15/2024

No person or entity for whom this insurance is intended has any knowledge or information of any act, error, omission, fact or circumstance which may give rise to a claim which may fall within the scope of the Proposed Insurance detailed above.

Solely with respect to the above, no knowledge or information of any Insured Person shall be imputed to any other Insured Person. Solely the knowledge or information of the Company's Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, General Counsel, Risk Manager including the Office of the Risk Manager, shall impute to the entity Insureds.

Date: 07 / 28 / 2023          Signature: _____

                              Title: President

Date: _____         Signature: _____

                              Title: _____


IT IS AGREED THAT IF SUCH KNOWLEDGE OR INFORMATION EXISTS, ANY CLAIM ARISING THEREFROM (WHETHER OR NOT DISCLOSED HEREIN), IN ADDITION TO ANY OTHER REMEDY THE INSURER MAY HAVE, IS EXCLUDED FROM THE PROPOSED COVERAGE.

IT IS FURTHER AGREED THAT THIS LETTER SHALL BE DEEMED PART OF THE POLICY AND THE STATEMENT MADE THEREON SHALL BE DEEMED AN EXPRESS WARRANTY FOR ALL INSUREDS WHICH HAS BEEN RELIED UPON BY THE INSURER PURSUANT TO THE ISSUANCE OF COVERAGE.

**Dropbox Sign**

Audit trail

| | |
|---|---|
| Title | Insurance Warranty Letter/ Employment liability |
| File name | Insurance Warranty Letter - 7.27.23.pdf |
| Document ID | 74c0b4c37af20bcabb56afddb27ca3091f000093 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT**  
07 / 28 / 2023  
17:39:22 UTC  
Sent for signature to Jamey Heath (jamey@wayfarerstudios.com) from im@mezianelawgroup.com  
IP: 184.189.98.61

**VIEWED**  
07 / 28 / 2023  
17:40:46 UTC  
Viewed by Jamey Heath (jamey@wayfarerstudios.com)  
IP: 76.91.154.134

**SIGNED**  
07 / 28 / 2023  
17:41:06 UTC  
Signed by Jamey Heath (jamey@wayfarerstudios.com)  
IP: 76.91.154.134

**COMPLETED**  
07 / 28 / 2023  
17:41:06 UTC  
The document has been completed.

Powered by **Dropbox Sign**