UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY,<br><br>                      Plaintiff,<br>     v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, IT ENDS WITH US MOVIE LLC, A California Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, and STEVE SAROWITZ, an individual,<br><br>                      Defendants. | Case No. 1:25-cv-05949-LJL<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS OR STAY** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, filed and dated October 24, 2025, the Declaration of Aleksandra Kaplun filed and dated October 24, 2025, and exhibit(s) annexed thereto, and upon all prior pleadings and proceedings in this action, Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath and Steve Sarowitz shall respectfully move this Court before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing or, in the alternative, staying the above-captioned action according to the Court's discretionary jurisdiction under the Declaratory Judgment Act, 28 U.S.C. § 2201(a), and *Wilton/Brillhart*.

**PLEASE TAKE FURTHER NOTICE** that, pursuant Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served on or before November 7, 2025,

1

and any reply affidavits and memoranda of law shall be served within seven (7) days after service of the answering papers.

Dated: New York, New York
October 24, 2025

**MCGUIREWOODS LLP**

By: *s/ Aleksandra Kaplun*
Aleksandra Kaplun
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2100
*akaplun@mcguirewoods.com*

Kirk Pasich (*Pro Hac Vice* forthcoming)
Eliza J. Logan (*Pro Hac Vice* forthcoming)
1800 Century Park East, 8th Floor
Los Angeles, California 90067
(310) 315-8200
*kpasich@mcguirewoods.com*
*elogan@mcguirewoods.com*

*Counsel for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, and Steve Sarowitz*