UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY,<br><br>        Plaintiff,<br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, IT ENDS WITH US MOVIE LLC, A California Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, and STEVE SAROWITZ, an individual,<br><br>        Defendants. | Case No. 1:25-cv-05949-LJL<br><br>**DECLARATON OF ALEKSANDRA KAPLUN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR STAY PLAINTIFF'S ACTION** |

I, Aleksandra Kaplun, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.   I am an attorney with the law firm McGuireWoods LLP, attorneys for Defendants Wayfarer Studios, LLC ("Wayfarer"), It Ends With Us Movie, LLC ("IEWUM"), Justin Baldoni, Jamey Heath, and Steve Sarowitz (collectively, "Defendants"). I am admitted to practice law before this Court and I am familiar with the pleadings, facts, and circumstances in this action. I respectfully submit this declaration in support of Defendants' Motion to Dismiss or Stay Plaintiff's Action pursuant to Fed. R. Civ. P. 12(b)(6), including providing the Court with the documentary evidence relied upon in the accompanying Memorandum of Law.

2.   Attached as **Exhibit 1** is a true and correct copy of the Complaint and exhibits thereto filed by Harco National Insurance Company against Defendants on July 21, 2025, in the Southern District of New York (No. 1:25-cv-05949).

3.   Attached as **Exhibit 2** is a true and correct copy of the Complaint filed by Wayfarer, IEWUM, Justin Baldoni, Jamey Heath, and Steve Sarowitz, against New York Marine

1

and General Insurance Company, QBE Insurance Corporation, and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Policy Number ESN0140179884, on July 30, 2025, in the Superior Court of California in the County of Los Angeles (No. 25STCV22519).

    4.    Attached as **Exhibit 3** is a true and correct copy of the First Amended Complaint filed by Blake Lively against Wayfarer, IEWUM, Agency Group PR LLC, Justin Baldoni, Jamey Health, Steve Sarowitz, Melissa Nathan, and Jennifer Abel, on January 31, 2025, in the Southern District of New York (No. 1:24-cv-10049-LJL).

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Executed on October 24, 2025 in New York, New York.

        By: *s/ Aleksandra Kaplun*
           ALEKSANDRA KAPLUN, ESQ.