UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, IT ENDS WITH US MOVIE LLC, A California Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, and STEVE SAROWITZ, an individual,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:25-cv-05949-LJL<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR WAYFARER STUDIOS LLC** |

　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Wayfarer Studios LLC, by its undersigned counsel, hereby make the following disclosures:

　　　Wayfarer Studios LLC is a privately owned corporation that has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.  Additionally, Wayfarer Studios LLC's members are Justin Baldoni, an individual citizen of the State of California, and Steve Sarowitz, an individual citizen of the State of Illinois.

　　　　　　　　　　　**MCGUIREWOODS LLP**

　　　　　　　By: *s/ Aleksandra Kaplun*
　　　　　　　　　Aleksandra Kaplun
　　　　　　　　　1251 Avenue of the Americas, 20th Floor
　　　　　　　　　New York, New York 10020
　　　　　　　　　(212) 548-2100
　　　　　　　　　*akaplun@mcguirewoods.com*

　　　　　　　　　Kirk Pasich (*Pro Hac Vice* forthcoming)
　　　　　　　　　Eliza J. Logan (*Pro Hac Vice* forthcoming)
　　　　　　　　　1800 Century Park East, 8th Floor
　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　(310) 315-8200

*kpasich@mcguirewoods.com*
*elogan@mcguirewoods.com*

*Counsel for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, and Steve Sarowitz*