**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HARCO NATIONAL INSURANCE COMPANY,

        Plaintiff,

v.

WAYFARER STUDIOS LLC, a Delaware
Limited Liability Company, IT ENDS WITH US
MOVIE LLC, A California Limited Liability
Company, JUSTIN BALDONI, an individual,
JAMEY HEATH, an individual, and STEVE
SAROWITZ, an individual,

        Defendants.

Case No. 1:25-cv-05949-LJL

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT
FOR IT ENDS WITH US
MOVIE LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant It Ends With Us Movie LLC, by its undersigned counsel, hereby make the following disclosures:

It Ends With Us Movie LLC is a wholly owned subsidiary of Wayfarer Studios LLC. Wayfarer Studios LLC is a privately owned corporation that has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock. Wayfarer Studios LLC's members are Justin Baldoni, an individual citizen of the State of California, and Steve Sarowitz, an individual citizen of the State of Illinois.

**MCGUIREWOODS LLP**

By: *s/ Aleksandra Kaplun*
    Aleksandra Kaplun
    1251 Avenue of the Americas, 20th Floor
    New York, New York 10020
    (212) 548-2100
    *akaplun@mcguirewoods.com*

    Kirk Pasich (*Pro Hac Vice* forthcoming)
    Eliza J. Logan (*Pro Hac Vice* forthcoming)
    1800 Century Park East, 8th Floor

Los Angeles, California 90067
(310) 315-8200
*kpasich@mcguirewoods.com*
*elogan@mcguirewoods.com*

*Counsel for Defendants Wayfarer Studios LLC, It Ends
With Us Movie LLC, Justin Baldoni, Jamey Heath, and
Steve Sarowitz*