UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY,<br><br>                                   Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, IT ENDS WITH US MOVIE LLC, A California Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, and STEVE SAROWITZ, an individual,<br><br>                                   Defendants. | Case No. 1:25-cv-05949-LJL<br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR JAMEY HEATH** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jamey Heath, by his undersigned counsel, hereby makes the following disclosure:

Jamey Heath is an individual citizen of the State of California.

**MCGUIREWOODS LLP**

By: *s/ Aleksandra Kaplun*
     Aleksandra Kaplun
     1251 Avenue of the Americas, 20th Floor
     New York, New York 10020
     (212) 548-2100
     *akaplun@mcguirewoods.com*

     Kirk Pasich (*Pro Hac Vice* forthcoming)
     Eliza J. Logan (*Pro Hac Vice* forthcoming)
     1800 Century Park East, 8th Floor
     Los Angeles, California 90067
     (310) 315-8200
     *kpasich@mcguirewoods.com*
     *elogan@mcguirewoods.com*

     *Counsel for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, and Steve Sarowitz*