**Skarzynski | Marick**

Skarzynski Marick & Black LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

**Evan Shapiro**
Direct Line: 212.820.7712
eshapiro@skarzynski.com

October 29, 2025

Via ECF
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Request for Extension of Briefing Schedule
            Harco National Ins. Co. v. Wayfarer Studios LLC, et al.
            Case No: 1:25-cv-05949-LJL

Dear Judge Liman,

    This office represents plaintiff Harco National Insurance Company ("Harco") in the above-referenced action. By this letter, we respectfully request a two week extension of time to respond to defendants' Motion to Dismiss or Stay, which was filed on October 24, 2025 (ECF Docs. 14-16). We request this extension from the current due date of November 7, 2025 to November 21, 2025. The reason for this request is the press of other work and competing deadlines in other matters as well as the need to discuss the opposition with our client. Defendants' counsel has consented to this request and has asked that, should the extension be granted, the deadline for their reply be set for December 5, 2025. The undersigned consents to Defendants' request.

    There have been no previous requests for adjournment or extensions of time regarding this motion and there is no currently scheduled appearance before the Court.

    Thank you for Your Honor's attention and consideration

                          Respectfully submitted,

                          /s/ *Evan Shapiro*

                          Evan Shapiro

cc:  All Counsel Via ECF