UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY,<br><br>                      Plaintiff,<br>    v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, IT ENDS WITH US MOVIE LLC, A California Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, and STEVE SAROWITZ, an individual,<br>                      Defendants. | Case No. 1:25-cv-05949 (LJL)<br>[Related to 1:24-cv-10049 (LJL)]<br><br>**DECLARATION OF EVAN SHAPIRO IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR STAY THIS ACTION** |

I, Evan Shapiro, hereby declare:

1. I am an attorney admitted to practice before this Court and a member of the law firm of Skarzynski, Marick & Black, LLP, counsel for plaintiff Harco National Insurance Company ("Harco"). I submit this Declaration in opposition to the Motion to Dismiss or Stay this Action pursuant to Fed. R. Civ. P. Rule 12(b)(6) (the "Motion") filed by defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, and Steve Sarowitz (collectively, "the Wayfarer Parties"). I am fully familiar with the facts and circumstances of this action.

2. Attached as **Exhibit A** is a true and correct copy of this Court's Memorandum & Order entered on August 18, 2025, at Dkt. No. 669, in the related lawsuit captioned *Lively v. Wayfarer Studios LLC, et al.*, U.S.D.C., S.D.N.Y. Case No. 24-cv-10049 (LJL) (the *Lively* Lawsuit).

3. Attached as **Exhibit B** are true and correct copies of relevant pages of the public docket for the *Lively* Lawsuit (last accessed November 21, 2025).

1

4. Attached as **Exhibit C** is a true and correct copy of Harco's Complaint (without exhibits), filed in this action on July 21, 2025 (Dkt. No. 1).

5. Attached as **Exhibit D** is a true and correct copy of an email dated June 20, 2025 from attorney Alexandra A. Kaplun of the New York office of the law firm of McGuireWoods LLP, to attorney Evan Shapiro of Skarzynski Marick & Black LLP.

6. Attached as **Exhibit E** is a true and correct copy of Harco's Statement of Relatedness filed in this action on July 21, 2025 (Dkt. No. 3).

7. Attached as **Exhibit F** is a true and correct copy of the page of the docket from this action showing the July 23, 2025 entry indicating that this action was accepted as related to the *Lively* Lawsuit.

8. Attached as **Exhibit G** is a true and correct copy of a letter dated July 22, 2025 from attorney Alexandra A. Kaplun of McGuireWoods LLP to attorney Evan Shapiro of Skarzynski Marick & Black LLP.

9. Attached as **Exhibit H** is a true and correct copy of the Wayfarer Parties' Complaint filed on July 30, 2025, in the Superior Court of California, County of Los Angeles, captioned *Wayfarer Studios LLC, et al.* v. *New York Marine and General Insurance Company, QBE Insurance Corporation, and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Policy Number ESN0140179884,* Case No. 25STCV22519 (the "California Lawsuit").

10. Attached as **Exhibit I** is a true and correct copy of the public docket for the California Lawsuit (last accessed November 20, 2025).

11. On July 30, 2025, I contacted Ms. Kaplun by telephone and requested that McGuireWoods LLP agree to accept service of Harco's Complaint in this action on behalf of the

Wayfarer Parties. Ms. Kaplun advised that the firm would not accept service. That same day, we proceeded to send requests for Waiver of the Service of Summons to each of the Wayfarer Parties.

12. On August 20, 2025, Ms. Kaplun contacted me to advise that McGuireWoods LLP would now accept service of Harco's Complaint on behalf of all of the Wayfarer Parties on the condition that the Waivers of the Service of Summons forms previously sent to the Wayfarer Parties be revised to indicate a service date of August 25, 2025.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 21, 2025
        New York, NY

By: /s/ *Evan Shapiro*