# EXHIBIT B

Printed on Nov 21 2025 10:54 am

# 1:24-cv-10049 - Lively v. Wayfarer Studios LLC et al

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2024 | 1 | COMPLAINT against Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. (Filing Fee $ 405.00, Receipt Number ANYSDC-30394485)Document filed by Blake Lively. (Attachments: # 1 Exhibit A - Protections for Return to Production, # 2 Exhibit B - Contract Rider, # 3 Exhibit C - Marketing Plan, # 4 Exhibit D - Scenario Planning Document).(Gottlieb, Michael) (Entered: 12/31/2024) |
| 12/31/2024 | 2 | CIVIL COVER SHEET filed..(Gottlieb, Michael) (Entered: 12/31/2024) |
| 12/31/2024 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Wayfarer Studios LLC; Justin Baldoni; Jamey Heath; Steve Sarowitz; It Ends With Us Movie LLC; Melissa Nathan; The Agency Group PR LLC; Jennifer Abel, re: 1 Complaint,. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 12/31/2024) |
| 01/02/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(gp) (Entered: 01/02/2025) |
| 01/02/2025 | | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (gp) (Entered: 01/02/2025) |
| 01/02/2025 | | Case Designated ECF. (gp) (Entered: 01/02/2025) |
| 01/02/2025 | 4 | ELECTRONIC SUMMONS ISSUED as to Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC..(gp) (Entered: 01/02/2025) |
| 01/19/2025 | 5 | NOTICE OF APPEARANCE by Michael Gottlieb on behalf of Blake Lively..(Gottlieb, Michael) (Entered: 01/19/2025) |
| 01/19/2025 | 6 | NOTICE OF APPEARANCE by Kristin Bender on behalf of Blake Lively..(Bender, Kristin) (Entered: 01/19/2025) |
| 01/21/2025 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Wayfarer Studios LLC served on 1/3/2025, answer due **1/24/2025**. Service was accepted by c/o Registered Agent. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 8 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Justin Baldoni served on 1/16/2025, answer due **2/6/2025**. Service was accepted by Justin Baldoni. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 9 | MOTION for Stephanie A. Roeser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30493095. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blake Lively. (Attachments: # |

| Date Filed | # | Docket Text |
|---|---|---|
| | | 1 Affidavit Declaration of Stephanie Roeser, # 2 Exhibit Certificate of Good Standing California, # 3 Proposed Order Proposed Pro Hac Vice Order).(Roeser, Stephanie) (Entered: 01/21/2025) |
| 01/21/2025 | 10 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Jamey Heath served on 1/8/2025, answer due **1/29/2025**. Service was accepted by Jamey Heath. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 11 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Steve Sarowitz served on 1/10/2025, answer due **1/31/2025**. Service was accepted by Steve Sarowitz. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 12 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Esra A. Hudson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30493224. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by Blake Lively. (Attachments: # 1 Exhibit - Declaration of Esra Hudson, # 2 Exhibit - Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice).(Hudson, Esra) Modified on 1/22/2025 (rju). (Entered: 01/21/2025) |
| 01/21/2025 | 13 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. It Ends With Us Movie LLC served on 1/3/2025, answer due **1/24/2025**. Service was accepted by c/o Registered Agent. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 14 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Melissa Nathan served on 1/8/2025, answer due **1/29/2025**. Service was accepted by John Doe, Housemate of Melissa Nathan. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 15 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Agency Group PR LLC served on 1/3/2025, answer due **1/24/2025**. Service was accepted by c/o Registered Agent. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 16 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Jennifer Abel served on 1/8/2025, answer due **1/29/2025**. Service was accepted by Chris Vanger, Housemate of Jennifer Abel. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 17 | LETTER MOTION for Conference addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated **January 21, 2025**. Document filed by Blake Lively. (Attachments: # 1 Exhibit A - First Cease and Desist, # 2 Exhibit B - List of Public Statements, # 3 Exhibit C - Second Cease and Desist).(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/22/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Stephanie A. Roeser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30493095. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/22/2025) |
| 01/22/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 12 MOTION for Esra A. Hudson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30493224. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): the motion was not signed;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (rju)** (Entered: 01/22/2025) |
| 01/22/2025 | 18 | ORDER granting 9 Motion for Stephanie A. Roeser to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 01/22/2025) |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2025 | 19 | NOTICE OF APPEARANCE by Kevin A. Fritz on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Fritz, Kevin) (Entered: 01/22/2025) |
| 01/22/2025 | 20 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Judge Lewis J. Liman from Kevin Fritz dated January 22, 2025. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Fritz, Kevin) (Entered: 01/22/2025) |
| 01/22/2025 | 21 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 2/12/2025 at 02:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. SO ORDERED (Signed by Judge Lewis J. Liman on 1/22/2025) (ks) (Entered: 01/22/2025) |
| 01/22/2025 | 22 | NOTICE OF APPEARANCE by Mitchell Schuster on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 01/22/2025) |
| 01/22/2025 | 23 | NOTICE OF APPEARANCE by Amit Shertzer on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Shertzer, Amit) (Entered: 01/22/2025) |
| 01/22/2025 | 24 | NOTICE OF APPEARANCE by Jason Sunshine on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Sunshine, Jason) (Entered: 01/22/2025) |
| 01/22/2025 | 25 | MOTION for Esra A. Hudson to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blake Lively. (Attachments: # 1 Affidavit of Esra Hudson, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice).(Hudson, Esra) (Entered: 01/22/2025) |
| 01/23/2025 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Esra A. Hudson to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/23/2025) |
| 01/23/2025 | 26 | ORDER granting 25 Motion for Esra A. Hudson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/23/2025) |
| 01/23/2025 | 27 | LETTER addressed to Judge Lewis J. Liman from Kevin Fritz dated January 23, 2025 re: response to the letter dated January 21, 2025 from counsel for the Lively Parties concerning alleged extrajudicial statements. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/23/2025 | 28 | MOTION for Bryan J. Freedman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508042. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Bryan J. Freedman, # 3 Proposed Order Admitting Bryan J. Freedman Pro Hac Vice).(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/23/2025 | 29 | MOTION for Miles M. Cooley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508045. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. |

| Date Filed | # | Docket Text |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Miles M. Cooley, # 3 Proposed Order for Admission Pro Hac Vice of Miles M. Cooley).(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/23/2025 | 30 | MOTION for Theresa M. Troupson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508058. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Theresa M. Troupson, # 3 Proposed Order for Admission Pro Hac Vice of Theresa M. Troupson).(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/23/2025 | 31 | MOTION for Summer E. Benson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508073. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Summer E. Benson, # 3 Proposed Order for Admission Pro Hac Vice of Summer E. Benson).(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Bryan J. Freedman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508042. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 29 MOTION for Miles M. Cooley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508045. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 30 MOTION for Theresa M. Troupson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508058. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for Summer E. Benson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508073. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | 32 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate M&M Films, Inc., Other Affiliate Spring Green Media Capital LLC for Wayfarer Studios LLC. Document filed by Wayfarer Studios LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 33 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Wayfarer Studios LLC for It Ends With Us Movie LLC. Document filed by It Ends With Us Movie LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 34 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent HYBE America Inc. for Agency Group PR LLC. Document filed by Agency Group PR LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 35 | ANSWER to 1 Complaint, with JURY DEMAND. Document filed by Wayfarer Studios LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 36 | ANSWER to 1 Complaint, with JURY DEMAND. Document filed by It Ends With Us Movie LLC..(Sunshine, Jason) (Entered: 01/24/2025) |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2025 | 37 | ANSWER to 1 Complaint, with JURY DEMAND. Document filed by Agency Group PR LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 38 | LETTER addressed to Judge Lewis J. Liman from Esra Hudson on behalf of Blake Lively dated 1/24/2025 re: ECF No. 27. Document filed by Blake Lively..(Hudson, Esra) (Entered: 01/24/2025) |
| 01/27/2025 | 39 | ORDER granting 28 Motion for Bryan J. Freedman to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/27/2025) |
| 01/27/2025 | 40 | ORDER granting 29 Motion for Miles M. Cooley to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/27/2025) |
| 01/27/2025 | 41 | ORDER granting 30 Motion for Theresa M. Troupson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (bmm) (Entered: 01/27/2025) |
| 01/27/2025 | 42 | ORDER granting 31 Motion for Summer E. Benson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/27/2025) |
| 01/27/2025 | 43 | LETTER MOTION for Conference *RE: Mr. Freedman's Extrajudicial Conduct* addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated 1/27/2025. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/27/2025) |
| 01/27/2025 | 44 | ORDER granting 20 Letter Motion for Extension of Time to Answer. The motion for an extension is GRANTED as to the Wayfarer Parties who have not yet answered or otherwise responded to the complaint. SO ORDERED. Jennifer Abel answer due 3/20/2025; Agency Group PR LLC answer due 3/20/2025; Justin Baldoni answer due 3/20/2025; Jamey Heath answer due 3/20/2025; It Ends With Us Movie LLC answer due 3/20/2025; Melissa Nathan answer due 3/20/2025; Steve Sarowitz answer due 3/20/2025; Wayfarer Studios LLC answer due 3/20/2025. (Signed by Judge Lewis J. Liman on 1/27/2025) (mml) (Entered: 01/27/2025) |
| 01/27/2025 | 45 | ORDER: The initial pretrial conference currently scheduled for February 12, 2025, is rescheduled to February 3, 2025, at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. The parties shall be prepared to address the letter motion regarding pretrial publicity and attorney conduct at the initial pretrial conference. See Dkt. Nos. 17, 27, 43. Pending responses to the order to show cause at Dkt. No. 37 in 25-cv-449, the Court plans to consolidate this matter with Wayfarer Studios LLC v. Lively et al., 25-cv-449, and set both matters for trial on March 9, 2026, at 9:30 a.m. By Thursday, January 30, 2025, the parties shall submit a case management plan with deadlines which would enable trial to occur on that date. SO ORDERED. (Signed by Judge Lewis J. Liman on 1/27/2025) Initial Conference set for 2/3/2025 at 11:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (ks) (Entered: 01/27/2025) |
| 01/28/2025 | 46 | ORDER OF AUTOMATIC REFERRAL TO MEDIATION (See M-10-468 Second Amended Standing Order). Please reference the Pilot Discovery Protocols, attached, and the Mediation Program Procedures (https://nysd.uscourts.gov/programs/mediation-adr). E-mail MediationOffice@nysd.uscourts.gov, telephone 212-805-0643. Mediator to be Assigned by 2/11/2025. (Signed by Judge Loretta A. Preska on 10/01/2015) (rpr) (Entered: 01/28/2025) |
| 01/30/2025 | 47 | ORDER: The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. See Federal Rule of Civil Procedure 42(a)(2). The Clerk of Court is directed to consolidate all cases listed above under case number 24-cv-10049, and to close all other cases. Counsel are directed to make filings only under case number 24-cv-10049. SO ORDERED. (Signed by Judge Lewis J. Liman on 1/30/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 01/30/2025) |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2025 | 48 | LETTER addressed to Judge Lewis J. Liman from Kevin A. Fritz, Esq. dated January 30, 2025 re: Blake Livelys Deposition. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Fritz, Kevin) (Entered: 01/30/2025) |
| 01/30/2025 | 49 | JOINT LETTER addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated January 30, 2025 re: Joint Proposed Case Management Plan. Document filed by Ryan Reynolds, Blake Lively. (Attachments: # 1 Exhibit Proposed Order). (Gottlieb, Michael) (Entered: 01/30/2025) |
| 01/31/2025 | 50 | FIRST AMENDED COMPLAINT amending 1 Complaint, against Blake Lively, Ryan Reynolds, Leslie Sloane, Vision PR, Inc., The New York Times Company with JURY DEMAND.Document filed by Jamey Heath, Justin Baldoni, It Ends With Us Movie LLC, Jennifer Abel, Melissa Nathan, Wayfarer Studios LLC, Steve Sarowitz. Related document: 1 Complaint,. (Attachments: # 1 Exhibit Timeline of Relevant Events).(Sunshine, Jason) Modified on 2/3/2025 (gp). (Entered: 01/31/2025) |
| 02/02/2025 | 51 | NOTICE OF APPEARANCE by Sigrid S. McCawley on behalf of Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 02/02/2025) |
| 02/02/2025 | 52 | NOTICE OF APPEARANCE by Andrew Villacastin on behalf of Leslie Sloane, Vision PR, Inc...(Villacastin, Andrew) (Entered: 02/02/2025) |
| 02/02/2025 | 53 | NOTICE OF APPEARANCE by Lindsey Ruff on behalf of Leslie Sloane, Vision PR, Inc...(Ruff, Lindsey) (Entered: 02/02/2025) |
| 02/03/2025 | 54 | NOTICE OF APPEARANCE by Aaron E Nathan on behalf of Blake Lively, Ryan Reynolds..(Nathan, Aaron) (Entered: 02/03/2025) |
| 02/03/2025 | 55 | MOTION for Meryl C. Governski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30553946. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blake Lively, Ryan Reynolds. (Attachments: # 1 Affidavit in Support by Meryl C. Governski, # 2 Exhibit A - DC Certificate of Good Standing, # 3 Exhibit B - Maryland Certificate of Good Standing, # 4 Proposed Order Granting Admission to Practice Pro Hac Vice).(Governski, Meryl) (Entered: 02/03/2025) |
| 02/03/2025 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 55 MOTION for Meryl C. Governski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30553946. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/03/2025) |
| 02/03/2025 | 56 | **FILING ERROR - DEFICIENT PLEADING - SUMMONS REQUEST PDF ERROR -** REQUEST FOR ISSUANCE OF SUMMONS as to The New York Times Company, re: 50 Amended Complaint,. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz..(Fritz, Kevin) Modified on 2/4/2025 (pc). (Entered: 02/03/2025) |
| 02/03/2025 | 57 | ORDER: The parties shall submit a proposed protective order no later than March 11, 2025. If the parties are unable to agree on a proposed protective order, competing versions should be submitted by March 11, 2025, with legal authority. Motions to dismiss and motions to strike shall be filed within the deadlines set out in the Federal Rules of Civil Procedure. Motions to strike should be made by formal motion pursuant to Rule 1.C of Judge Liman's Individual Practices in Civil Cases ("Individual Practices"). The parties shall follow Rule 2.I of the Individual Practices regarding page limitations for briefs. By consent of the parties, Rule 3.6 of the New York Rules of Professional Conduct is adopted as an order of the Court applicable to all counsel of record. Breach of this Rule may be punished pursuant to Rule 16(f) of the Federal Rules of Civil Procedure or the Court's inherent power. See Munoz v. City of New York, 2013 WL 1953180, at *2 (S.D.N.Y. May |

| Date Filed | # | Docket Text |
|---|---|---|
| | | 10, 2013). SO ORDERED. (Signed by Judge Lewis J. Liman on 2/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 02/03/2025) |
| 02/03/2025 | 58 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). This case is to be tried to a jury. Motions due by **11/5/2025**. Deposition due by **10/15/2025**. Fact Discovery due by **8/14/2025**, with substantial completion of document production by **July 1, 2025**. Expert Discovery due by **10/15/2025**. Discovery due by **10/15/2025**. Status Conference set for **10/21/2025 at 10:00 AM** before Judge Lewis J. Liman. Pretrial Order due by **1/23/2026**. The parties have conferred and their present best estimate of the length of trial is 2 weeks (Lively/Reynolds parties), 2 weeks (Sloane/Vision PR Parties), 6 weeks (Wayfarer Parties). SO ORDERED (Signed by Judge Lewis J. Liman on 2/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 02/03/2025) |
| 02/04/2025 | 59 | ORDER granting 55 Motion for Meryl C. Governski to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 02/04/2025) |
| 02/04/2025 | 60 | NOTICE OF APPEARANCE by Meryl Conant Governski on behalf of Blake Lively, Ryan Reynolds..(Governski, Meryl) (Entered: 02/04/2025) |
| 02/04/2025 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Kevin A. Fritz to RE-FILE Document No. 56 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; incorrect case number;. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (pc)** (Entered: 02/04/2025) |
| 02/05/2025 | 61 | REQUEST FOR ISSUANCE OF SUMMONS as to The New York Times Company, re: 50 Amended Complaint,. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz..(Fritz, Kevin) (Entered: 02/05/2025) |
| 02/06/2025 | 62 | ELECTRONIC SUMMONS ISSUED as to The New York Times Company..(pc) (Entered: 02/06/2025) |
| 02/07/2025 | 63 | TRANSCRIPT of Proceedings re: CONFERNECE held on 2/3/2025 before Judge Lewis J. Liman. Court Reporter/Transcriber: Samuel Mauro, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **2/28/2025**. Redacted Transcript Deadline set for **3/10/2025**. Release of Transcript Restriction set for **5/8/2025**.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 02/07/2025) |
| 02/07/2025 | 64 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 2/3/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 02/07/2025) |
| 02/10/2025 | | NOTICE OF MEDIATOR ASSIGNMENT - Notice of assignment of mediator. Mediator Schedule due by **3/12/2025**.(sge) (Entered: 02/10/2025) |
| 02/10/2025 | 65 | LETTER MOTION for Extension of Time to File addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated **February 10, 2025**. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 02/10/2025) |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Motion or Order to File Under Seal: 75 .(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/14/2025 | 79 | REDACTION to 75 LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *AT&T Subpoena* by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel.(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/14/2025 | 80 | REDACTION to 75 LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *T-Mobile US Subpoena* by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel.(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/14/2025 | 81 | REDACTION to 75 LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *Verizon Subpoena* by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel.(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/15/2025 | 82 | LETTER RESPONSE to Motion addressed to Judge Lewis J. Liman from Esra Hudson dated February 15, 2015 re: 75 LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. . Document filed by Blake Lively, Ryan Reynolds. (Attachments: # 1 Exhibit A - E-Mail dated Friday, February 14, 2025 2:01:41 PM, # 2 Exhibit B - E-Mail dated Friday, February 14, 2025 3:33:09 PM). (Hudson, Esra) (Entered: 02/15/2025) |
| 02/16/2025 | 83 | LETTER REPLY to Response to Motion addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 16, 2025 re: 75 LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. . Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 02/16/2025) |
| 02/18/2025 | 84 | AMENDED COMPLAINT amending 1 Complaint, against Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC, Jed Wallace, Street Relations, Inc. with JURY DEMAND.Document filed by Blake Lively. Related document: 1 Complaint,. (Attachments: # 1 Exhibit A - Protections for Return to Production, # 2 Exhibit B - Contract Rider, # 3 Exhibit C - Marketing Plan, # 4 Exhibit D - Scenario Planning Document, # 5 Exhibit E - Letter to Investigation Counsel).(Hudson, Esra) (Entered: 02/19/2025) |
| 02/19/2025 | 85 | ORDER taking under advisement (75) Letter Motion for Discovery. The parties are directed to meet and confer and report back to the Court by Monday, February 24, 2025, whether the Court can deny the motion as moot or whether any dispute remains for the Courts decision. The Lively parties shall not move to enforce the subpoenas while the motion is pending. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (bmm) (Entered: 02/19/2025) |
| 02/20/2025 | 86 | MOTION to Dismiss *First Amended Complaint*., MOTION for Attorney Fees *and Costs*., MOTION to Strike Document No. [50-1] . Document filed by Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 02/20/2025) |
| 02/20/2025 | 87 | MEMORANDUM OF LAW in Support re: 86 MOTION to Dismiss *First Amended Complaint*. MOTION for Attorney Fees *and Costs*. MOTION to Strike Document No. [50-1] . . Document filed by Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 02/20/2025) |
| 02/20/2025 | 88 | **FILING ERROR - SUMMONS REQUEST FILER ERROR -** REQUEST FOR ISSUANCE OF SUMMONS as to Jed Wallace, Street Relations Inc., re: 84 Amended Complaint,,. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) Modified on 2/21/2025 (jgo). (Entered: 02/20/2025) |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2025 | 138 | LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Charles L. Babcock dated **March 19, 2025**. Document filed by Street Relations, Inc., Jed Wallace..(Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 139 | NOTICE of Motion to Dismiss. Document filed by Street Relations, Inc., Jed Wallace..(Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 140 | NOTICE OF APPEARANCE by Summer Benson on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Benson, Summer) (Entered: 03/19/2025) |
| 03/19/2025 | 141 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 138 LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Charles L. Babcock dated **March 19, 2025**. . Document filed by Jed Wallace, Street Relations, Inc.. (Attachments: # 1 Exhibit A - Declaration, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit A-3, # 5 Exhibit A-4, # 6 Exhibit A-5, # 7 Exhibit A-6)Motion or Order to File Under Seal: 138 .(Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 142 | MEMORANDUM OF LAW in Support re: 138 LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Charles L. Babcock dated **March 19, 2025**. *REDACTED*. Document filed by Street Relations, Inc., Jed Wallace. (Attachments: # 1 Exhibit A - Declaration, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit A-3, # 5 Exhibit A-4, # 6 Exhibit A-5, # 7 Exhibit A-6). (Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 143 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Street Relations, Inc...(Babcock, Charles) (Entered: 03/19/2025) |
| 03/20/2025 | 144 | MOTION to Dismiss *the Amended Complaint and for Related Relief (ECF No. 50)*. Document filed by Blake Lively..(Hudson, Esra) (Entered: 03/20/2025) |
| 03/20/2025 | 145 | MEMORANDUM OF LAW in Support re: 144 MOTION to Dismiss *the Amended Complaint and for Related Relief (ECF No. 50)*. . Document filed by Blake Lively..(Hudson, Esra) (Entered: 03/20/2025) |
| 03/20/2025 | 146 | DECLARATION of Esra A. Hudson in Support re: 144 MOTION to Dismiss *the Amended Complaint and for Related Relief (ECF No. 50)*.. Document filed by Blake Lively. (Attachments: # 1 Exhibit 1 - Legislative History).(Hudson, Esra) (Entered: 03/20/2025) |
| 03/20/2025 | 147 | ANSWER to 84 Amended Complaint,, with JURY DEMAND. Document filed by Justin Baldoni..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 148 | ANSWER to 84 Amended Complaint,, with JURY DEMAND. Document filed by Wayfarer Studios LLC..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 149 | ANSWER to 84 Amended Complaint,, with JURY DEMAND. Document filed by It Ends With Us Movie LLC..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 150 | ANSWER to 84 Amended Complaint,, with JURY DEMAND. Document filed by Jamey Heath..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 151 | ANSWER to 84 Amended Complaint,, with JURY DEMAND. Document filed by Steve Sarowitz..(Sunshine, Jason) (Entered: 03/20/2025) |

| Date Filed | # | Docket Text |
|---|---|---|
| | | by Blake Lively..(Hudson, Esra) |
| 07/14/2025 | 427 | NOTICE OF CLARIFICATION AND PERSONAL CIRCUMSTANCES AFFECTING FILINGS..(ks) |
| 07/15/2025 | 425 | ORDER: This order memorializes the orders issued at the conference held on July 15, 2025. The Case Management Plan and Scheduling Order at Dkt. No. 58 is amended as follows: All party document production in response to requests currently outstanding as of the date of this Order shall be completed by July 25, 2025. Motions to compel regarding such production shall be filed by no later than August 1, 2025, with responses by August 5, 2025. The date for completion of all document discovery, including production by non-parties pursuant to subpoena and responses to requests not yet issued, is extended to August 15, 2025. Motions to compel regarding production by non-parties and responses to requests not yet issued shall be filed by no later than August 22, 2025, with responses by August 26, 2025. Depositions shall be completed by September 30, 2025. All fact discovery shall be completed by September 30, 2025. Nothing in this Order shall be construed to relieve the parties of the requirement under the Federal Rules of Civil Procedure and the Court's Individual Practices to attempt to meet and confer, nor shall it be construed to prevent a party from moving at an earlier date to compel following an attempt to meet and confer. (Deposition due by 9/30/2025., Discovery due by 8/15/2025., Fact Discovery due by 9/30/2025., Motions due by 8/22/2025., Responses due by 8/26/2025) (Signed by Judge Lewis J. Liman on 7/15/2025) (sgz) |
| 07/15/2025 | 436 | LETTER addressed to Judge Lewis J. Liman from Brett Douglas McDowell dated July 15, 2025 re: NOTICE LETTER AND SUPPLEMENTAL FILING IN SUPPORT OF RULE 24 MOTION TO INTERVENE AND MOTION TO QUASH SUBPOENA TO GOOGLE LLC. (Attachments: # (1) Exhibit Ex A) (ar) |
| 07/16/2025 | 426 | OPINION AND ORDER: The motion to dismiss is GRANTED without prejudice. The Clerk of Court is respectfully directed to close Dkt. No. 139. SO ORDERED. ( Amended Pleadings due by 7/30/2025.) (Signed by Judge Lewis J. Liman on 7/16/2025) (sgz) |
| 07/16/2025 | 428 | ORDER: Accordingly, the Court will not entertain the motion to quash unless it is either de-anonymized or accompanied by a motion requesting leave to proceed anonymously in this Court and explaining why the movants interest in anonymity outweighs the public interest in disclosure and any prejudice to the opposing party. See id. The Clerk's Office is directed to respond to the anonymous email with a copy of this Order. SO ORDERED. (Signed by Judge Lewis J. Liman on 7/16/2025) (ks) |
| 07/16/2025 | 429 | ORDER: The Court will hold a conference in this case today, July 16, 2025, at 5:30 p.m. Counsel will participate by Microsoft Teams video conference, with dial-in information provided by email. The public or press may access the hearing by dialing (646) 453-4442 and using Conference ID# 358639322. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) |
| 07/16/2025 | | Set/Reset Hearings: Status Conference set for 7/16/2025 at 05:30 PM by video conference before Judge Lewis J. Liman. (mf) |
| 07/16/2025 | 430 | LETTER addressed to Judge Lewis J. Liman from Esra A. Hudson dated July 16, 2025 re: Continuation of Ms. Lively's Deposition until July 31, 2025. Document filed by Blake Lively..(Hudson, Esra) |
| 07/16/2025 | 431 | ORDER denying [369] Motion for Reconsideration. The motion for reconsideration is DENIED. The Clerk of Court is respectfully directed to close Dkt. No. 369. SO ORDERED.. (Signed by Judge Lewis J. Liman on 7/16/2025) (ks) |
| 07/16/2025 | 444 | LETTER addressed to Judge Lewis J. Liman from Lauren Neidigh dated 7/16/2025 re: Notice of Intent to File a Motion to Quash. (jjc) |
| 07/17/2025 | 432 | ORDER: Accordingly, as previously stated, the Court will not entertain the motion to quash unless it is either de-anonymized or accompanied by a motion requesting leave to proceed anonymously in this Court and explaining why the |