# EXHIBIT D

| | |
|---|---|
| **From:** | Kaplun, Aleksandra |
| **To:** | Shapiro, Evan |
| **Cc:** | mitra@ahouraianlaw.com; erin.risch@iatinsurance.com; alan@asisfinancial.com; Voutyras, Sarah F.; Pasich, Kirk A. |
| **Subject:** | RE: Harco Ins. Co. Claim No. 2502LI438717 - Wayfarer Studios/Lively |
| **Date:** | Friday, June 20, 2025 5:02:35 PM |

Ms. Shapiro,

I am working with Kirk Pasich on this matter.  Please copy me and him on future communications.

We will be responding shortly on behalf of the Insureds to your letter.  We will explain why they believe Harco's position is wrong and will request that Harco withdraw its denial of coverage.  Meanwhile, we note that while you cite various policy provisions under which Harco purports to reserve rights, your letter does not comply with California's Fair Claims Settlement Practices Regulations.  Those regulations required Harco to respond by June 4, 2025, accepting or denying the claim.  10 Cal. Code Regs. § 2695.7(b).  The regulations also required Harco to provide "a statement listing all bases for such rejection or denial and the factual and legal bases for each reason given for such rejection or denial which is then within the insurer's knowledge," including "an explanation of the application of the statute, applicable law or provision, condition or exclusion to the claim."  *Id.* § 2695.7(b)(1).  If Harco intends to rely on the provisions listed on pages 13-14 of your letter, please provide the required explanation.

The Insureds continue to reserve all rights and remedies.

Thanks,

Alex

## Aleksandra Kaplun

Associate
McGuireWoods LLP
T:  +1 212 548 7015 | M: +1 201 650 0701
akaplun@mcguirewoods.com


---------- Forwarded message ---------
From: **Shapiro, Evan** <eshapiro@skarzynski.com>
Date: Fri, Jun 20, 2025 at 11:29 AM
Subject: Harco Ins. Co. Claim No. 2502LI438717 - Wayfarer Studios/Lively
To: mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>
Cc: Erin Risch <erin.risch@iatinsurance.com>, alan@asisfinancial.com <alan@asisfinancial.com>, Voutyras, Sarah F. <svoutyras@skarzynski.com>


Dear Ms. Ahouraian,

Please see attached letter regarding the subject matter.

Yours,

Evan Shapiro and Sarah Voutyras

**Evan Shapiro**
(she/her)
Partner
**Skarzynski Marick & Black LLP**
**One Battery Park Plaza, 32nd Floor | New York, NY 10004**



**D** 212.820.7712 | **P** 212.820.7700 | **M** +19177434599 | **E** eshapiro@skarzynski.com | vCard | View Bio

The information contained in this message may be privileged and/or confidential and is intended only for the use of the individual recipient identified above. If the reader of this message is not the intended recipient, you are hereby notified that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, fax or e-mail and delete this message. Thank you.

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

**This Message Is From an External Sender**