# EXHIBIT E

IH-32 Rev: 2014-1

# United States District Court
для
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

Page 1

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| ____ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.) |
| ____ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature: _____ Date: _____

Firm: _____