# EXHIBIT F

Printed on Nov 21 2025 9:11 am

# 1:25-cv-05949 - Harco National Insurance Company v. Wayfarer Studios LLC et al

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2025 | 24 | ORDER granting [23] Letter Motion for Extension of Time to File Response/Reply re [14] MOTION to Dismiss or Stay., [23] CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to [14] MOTION to Dismiss or Stay. (Corrected) addressed to Judge Lewis J. Liman from Evan Shapiro dated 10/29/2025. Responses due by 11/21/2025 Replies due by 12/12/2025. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) |
| 10/29/2025 | 23 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to [14] MOTION to Dismiss or Stay. (Corrected) addressed to Judge Lewis J. Liman from Evan Shapiro dated 10/29/2025. Document filed by Harco National Insurance Company..(Shapiro, Evan) |
| 10/29/2025 | 22 | FIRST LETTER MOTION for Extension of Time to File Response/Reply as to [14] MOTION to Dismiss or Stay. addressed to Judge Lewis J. Liman from Evan Shapiro dated 10/29/2025. Document filed by Harco National Insurance Company..(Shapiro, Evan) |
| 10/24/2025 | 21 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Steve Sarowitz..(Kaplun, Aleksandra) (Entered: 10/24/2025) |
| 10/24/2025 | 20 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Jamey Heath..(Kaplun, Aleksandra) (Entered: 10/24/2025) |
| 10/24/2025 | 19 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Justin Baldoni..(Kaplun, Aleksandra) (Entered: 10/24/2025) |
| 10/24/2025 | 18 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Wayfarer Studios LLC, Other Affiliate Justin Baldoni, Other Affiliate Steve Sarowitz for It Ends With Us Movie LLC. Document filed by It Ends With Us Movie LLC..(Kaplun, Aleksandra) (Entered: 10/24/2025) |
| 10/24/2025 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Justin Baldoni, Other Affiliate Steve Sarowitz for Wayfarer Studios LLC. Document filed by Wayfarer Studios LLC..(Kaplun, Aleksandra) (Entered: 10/24/2025) |
| 10/24/2025 | 16 | DECLARATION of Aleksandra Kaplun in Support re: 14 MOTION to Dismiss *or Stay*.. Document filed by Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Wayfarer Studios LLC. (Attachments: # 1 Exhibit 1 - Harco Complaint, # 2 Exhibit 2 - Wayfarer Complaint, # 3 Exhibit 3 - Lively First Amended Complaint).(Kaplun, Aleksandra) (Entered: 10/24/2025) |
| 10/24/2025 | 15 | MEMORANDUM OF LAW in Support re: 14 MOTION to Dismiss *or Stay*. . Document filed by Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Wayfarer Studios LLC..(Kaplun, Aleksandra) (Entered: 10/24/2025) |
| 10/24/2025 | 14 | MOTION to Dismiss *or Stay*. Document filed by Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Wayfarer Studios LLC. Responses due by 11/7/2025.(Kaplun, Aleksandra) (Entered: 10/24/2025) |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2025 | 13 | WAIVER OF SERVICE RETURNED EXECUTED. Steve Sarowitz waiver sent on **8/25/2025**, answer due **10/24/2025**. Document filed by Harco National Insurance Company..(Shapiro, Evan) (Entered: 08/25/2025) |
| 08/25/2025 | 12 | WAIVER OF SERVICE RETURNED EXECUTED. Jamey Heath waiver sent on **8/25/2025**, answer due **10/24/2025**. Document filed by Harco National Insurance Company..(Shapiro, Evan) (Entered: 08/25/2025) |
| 08/25/2025 | 11 | WAIVER OF SERVICE RETURNED EXECUTED. Justin Baldoni waiver sent on **8/25/2025**, answer due **10/24/2025**. Document filed by Harco National Insurance Company..(Shapiro, Evan) (Entered: 08/25/2025) |
| 08/25/2025 | 10 | WAIVER OF SERVICE RETURNED EXECUTED. It Ends With Us Movie LLC waiver sent on **8/25/2025**, answer due **10/24/2025**. Document filed by Harco National Insurance Company..(Shapiro, Evan) (Entered: 08/25/2025) |
| 08/25/2025 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. Wayfarer Studios LLC waiver sent on **8/25/2025**, answer due **10/24/2025**. Document filed by Harco National Insurance Company..(Shapiro, Evan) (Entered: 08/25/2025) |
| 07/23/2025 | | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (tro) |
| 07/23/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Lewis J. Liman. Judge Unassigned is no longer assigned to the case. (tro) |
| 07/23/2025 | | CASE ACCEPTED AS RELATED. Create association to 1:24-cv-10049-LJL. Notice of Assignment to follow. (tro) |
| 07/22/2025 | 8 | ELECTRONIC SUMMONS ISSUED as to Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Wayfarer Studios LLC..(pc) |
| 07/22/2025 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Evan Shapiro. The following case opening statistical information was erroneously selected/entered: Fee Status code due (due);. The following correction(s) have been made to your case entry: the Fee Status code has been modified to pd (paid);. (pc) |
| 07/22/2025 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Evan Shapiro. The party information for the following party/parties has been modified: Wayfarer Studios LLC, It Ends With Us Movie LLC. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc) |
| 07/22/2025 | | CASE REFERRED to Judge Lewis J. Liman as possibly related to 24cv10049. (pc) |
| 07/22/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Unassigned. .(pc) |
| 07/22/2025 | | Case Designated ECF. (pc) |
| 07/21/2025 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent IAT Reinsurance Company Ltd., Corporate Parent IAT Insurance Group, Inc., Corporate Parent Goose Creek Capital, Inc. for Harco National Insurance Company. Document filed by Harco National Insurance Company..(Shapiro, Evan) |
| 07/21/2025 | 6 | NOTICE OF APPEARANCE by Evan Shapiro on behalf of Harco National Insurance Company..(Shapiro, Evan) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2025 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent IAT Insurance Group, Inc., Corporate Parent Goose Creek Capital, Inc. for Harco National Insurance Company. Document filed by Harco National Insurance Company..(Shapiro, Evan) |
| 07/21/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Wayfarer Studios LLC, It Ends With Us It Movie LLC, Justin Baldoni, Jamey Heath, and Steve Sarowitz, re: [1] Complaint,. Document filed by Harco National Insurance Company..(Shapiro, Evan) |
| 07/21/2025 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:24-cv-10049-LJL. Document filed by Harco National Insurance Company..(Shapiro, Evan) |
| 07/21/2025 | 2 | CIVIL COVER SHEET filed..(Shapiro, Evan) |
| 07/21/2025 | 1 | COMPLAINT against Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Wayfarer Studios LLC. (Filing Fee $ 405.00, Receipt Number ANYSDC-31408171)Document filed by Harco National Insurance Company. (Attachments: # (1) Exhibit 2024 Policy Redacted, # (2) Exhibit 2023 Warranty, # (3) Exhibit Renewal App - Redacted). (Shapiro, Evan) |