# EXHIBIT I

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| CASE INFORMATION: | 25STCV22519 |
| Case Title: | WAYFARER STUDIOS LLC, ET AL. VS NEW YORK MARINE AND GENERAL INSURANCE COMPANY, ET AL. |
| Filing Courthouse: | Stanley Mosk Courthouse |
| Filing Date: | 7/30/2025 |
| Case Type: | Insurance Coverage (not complex) (General Jurisdiction) |
| Status: | Pending |

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Print    New Search

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date | Time | Department | Address | Hearing |
|---|---|---|---|---|
| 12/1/2025 | 09:00 | Department 58 | 111 North Hill Street, Los Angeles, CA 90012 | Hearing on Motion to be Admitted Pro Hac Vice |
| 1/20/2026 | 08:30 | Department 58 | 111 North Hill Street, Los Angeles, CA 90012 | Case Management Conference |

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Party | Role |
|---|---|
| BALDONI JUSTIN | Plaintiff |
| CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 | Defendant |
| GHALUMYAN HAYK | Attorney for Defendant |
| HEATH JAMEY | Plaintiff |
| IT ENDS WITH US MOVIE LLC | Plaintiff |
| LOVELL MATTHEW CLARK | Attorney for Defendant |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY | Defendant |
| PASICH KIRK | Attorney for Plaintiff |
| QBE INSURANCE CORPORATION | Defendant |
| SAROWITZ STEVE | Plaintiff |

| | | |
|---|---|---|
| TABB LAWRENCE ALLEN | | Attorney for Defendant |
| WAYFARER STUDIOS LLC | | Plaintiff |

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | **Documents Filed** | Past Proceedings

| Date | Document | Filer |
|---|---|---|
| 11/5/2025 | Application to be Admitted Pro Hac Vice | Filed by WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 10/23/2025 | Notice | Filed by QBE INSURANCE CORPORATION (Defendant) |
| 10/21/2025 | Minute Order | Filed by Clerk |
| 10/21/2025 | Order | Filed by CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 10/21/2025 | Order | Filed by QBE INSURANCE CORPORATION (Defendant) |
| 10/20/2025 | Order | Filed by CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 10/2/2025 | Answer | Filed by CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 10/2/2025 | Application | Filed by CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 9/23/2025 | Application to be Admitted Pro Hac Vice | Filed by CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 9/19/2025 | Answer | Filed by NEW YORK MARINE AND GENERAL INSURANCE COMPANY (Defendant) |
| 9/16/2025 | Application to be Admitted Pro Hac Vice | Filed by QBE INSURANCE CORPORATION (Defendant) |
| 9/16/2025 | Declaration | Filed by QBE INSURANCE CORPORATION (Defendant) |
| 9/16/2025 | Declaration | Filed by QBE INSURANCE CORPORATION (Defendant) |
| 9/2/2025 | Stipulation and Order | Filed by CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 8/29/2025 | Proof of Personal Service | Filed by WAYFARER STUDIOS LLC (Plaintiff) |
| 8/29/2025 | Proof of Personal Service | Filed by WAYFARER STUDIOS LLC (Plaintiff) |
| 8/29/2025 | Proof of Service (not Summons and Complaint) | Filed by WAYFARER STUDIOS LLC (Plaintiff) |
| 8/22/2025 | Answer | Filed by QBE INSURANCE CORPORATION (Defendant) |
| 8/7/2025 | Notice of Appearance | Filed by QBE INSURANCE CORPORATION (Defendant) |
| 8/7/2025 | Proof of Personal Service | Filed by WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |

| Date | Filing | Party |
|---|---|---|
| 8/7/2025 | Proof of Personal Service | Filed by WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 8/7/2025 | Proof of Personal Service | Filed by WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 8/5/2025 | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| 8/5/2025 | Notice of Case Reassignment and Order for Plaintiff to Give Notice | Filed by Clerk |
| 8/1/2025 | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| 8/1/2025 | Notice of Case Management Conference | Filed by Clerk |
| 8/1/2025 | Notice of Posting of Jury Fees | Filed by WAYFARER STUDIOS LLC (Plaintiff) |
| 8/1/2025 | Order to Show Cause Failure to File Proof of Service | Filed by Clerk |
| 7/30/2025 | Alternative Dispute Resolution Packet | Filed by Clerk |
| 7/30/2025 | Civil Case Cover Sheet | Filed by WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 7/30/2025 | Complaint | Filed by WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 7/30/2025 | Notice of Case Assignment - Unlimited Civil Case | Filed by Clerk |
| 7/30/2025 | Summons | Filed by WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date | Department | Hearing | Result |
|---|---|---|---|
| 10/28/2025 12:00 AM | Department 58 | Hearing on Motion to be Admitted Pro Hac Vice | Held - Advanced and Heard |
| 10/21/2025 12:00 AM | Department 58 | Hearing on Motion to be Admitted Pro Hac Vice | Held |

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date | Description |
|---|---|
| 11/7/2025 | Hearing on Motion to be Admitted Pro Hac Vice scheduled for 12/01/2025 at 09:00 AM in Stanley Mosk Courthouse at Department 58 |
| 11/5/2025 | Application to be Admitted Pro Hac Vice; Filed by: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. As to: NEW YORK MARINE AND GENERAL INSURANCE COMPANY (Defendant); QBE INSURANCE CORPORATION (Defendant); |

| | |
|---|---|
| | CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 10/23/2025 | Notice Defendant QBE Insurance Corporation's Notice of Order; Filed by: QBE INSURANCE CORPORATION (Defendant); As to: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 10/21/2025 | Order Proposed Order Granting Verified Application For Order Permitting Andrew L. Margulis To Appear As Counsel Pro Hac Vice On Behalf Of Defendant Qbe Insurance Corporation; Signed and Filed by: QBE INSURANCE CORPORATION (Defendant) |
| 10/21/2025 | Updated -- Order Proposed Order Granting Verified Application For Order Permitting Andrew L. Margulis To Appear As Counsel Pro Hac Vice On Behalf Of Defendant Qbe Insurance Corporation: Filed By: QBE INSURANCE CORPORATION (Defendant); Result: Granted ; Result Date changed from 10/21/2025 to 10/21/2025 |
| 10/21/2025 | Minute Order (Hearing on Motion to be Admitted Pro Hac Vice) |
| 10/21/2025 | Order PROPOSED ORDER GRANTING VERIFIED APPLICATION OF RICHARD H. NICOLAIDES, JR. TO APPEAR AS COUNSEL PRO HAC VICE; Signed and Filed by: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 10/21/2025 | Hearing on Motion to be Admitted Pro Hac Vice scheduled for 10/21/2025 at 09:00 AM in Stanley Mosk Courthouse at Department 58 updated: Result Date to 10/21/2025; Result Type to Held |
| 10/21/2025 | On the Court's own motion, Hearing on Motion to be Admitted Pro Hac Vice scheduled for 10/28/2025 at 09:00 AM in Stanley Mosk Courthouse at Department 58 Held - Advanced and Heard on 10/21/2025 |
| 10/21/2025 | On the Court's own motion, Order to Show Cause Re: Failure to File Proof of Service scheduled for 01/20/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 58 Not Held - Advanced and Vacated on 10/21/2025 |
| 10/20/2025 | Order PROPOSED ORDER GRANTING VERIFIED APPLICATION OF RICHARD H. NICOLAIDES, JR. TO APPEAR AS COUNSEL PRO HAC VICE; Signed and Filed by: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 10/20/2025 | Updated -- Order PROPOSED ORDER GRANTING VERIFIED APPLICATION OF RICHARD H. NICOLAIDES, JR. TO APPEAR AS COUNSEL PRO HAC VICE: Filed By: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant); Result: Granted ; Result Date: 10/20/2025 |
| 10/3/2025 | Hearing on Motion to be Admitted Pro Hac Vice scheduled for 10/28/2025 at 09:00 AM in Stanley Mosk Courthouse at Department 58 |
| 10/2/2025 | Application AMENDED NOTICE OF APPLICATION AND VERIFIED APPLICATION OF RICHARD H. NICOLAIDES, JR. TO APPEAR AS COUNSEL PRO HAC VICE; Filed by: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 10/2/2025 | Answer; Filed by: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 9/23/2025 | Application to be Admitted Pro Hac Vice; Filed by: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant); As to: WAYFARER STUDIOS LLC (Plaintiff); JUSTIN BALDONI (Plaintiff); JAMEY HEATH (Plaintiff) et al. |
| 9/19/2025 | Answer; Filed by: NEW YORK MARINE AND GENERAL INSURANCE COMPANY (Defendant); As to: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 9/18/2025 | Hearing on Motion to be Admitted Pro Hac Vice scheduled for 10/21/2025 at 09:00 AM in Stanley Mosk Courthouse at Department 58 |

| Date | Description |
|---|---|
| 9/16/2025 | Application to be Admitted Pro Hac Vice; Filed by: QBE INSURANCE CORPORATION (Defendant); As to: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 9/16/2025 | Declaration Of Hayk Ghalumyan In Support Of Verified Application For Order Permitting Andrew L. Margulis To Appear As Counsel Pro Hac Vice On Behalf Of Defendant Qbe Insurance Corporation; Filed by: QBE INSURANCE CORPORATION (Defendant) |
| 9/16/2025 | Declaration Of Andrew L. Margulis In Support Of Verified Application For Order Permitting Andrew L. Margulis To Appear As Counsel Pro Hac Vice On Behalf Of Defendant Qbe Insurance Corporation; Filed by: QBE INSURANCE CORPORATION (Defendant) |
| 9/2/2025 | Stipulation and Order TO EXTEND TIME FOR UNDERWRITERS TO RESPOND TO PLAINTIFFS COMPLAINT; Signed and Filed by: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant); As to: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 8/29/2025 | Proof of Personal Service; Filed by: WAYFARER STUDIOS LLC (Plaintiff); As to: NEW YORK MARINE AND GENERAL INSURANCE COMPANY (Defendant); Service Date: 08/15/2025; Service Cost: 170.50; Service Cost Waived: No |
| 8/29/2025 | Proof of Service (not Summons and Complaint); Filed by: WAYFARER STUDIOS LLC (Plaintiff); As to: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 8/29/2025 | Proof of Personal Service; Filed by: WAYFARER STUDIOS LLC (Plaintiff); As to: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant); Service Date: 08/19/2025; Service Cost: 0.00; Service Cost Waived: No |
| 8/29/2025 | Updated -- Stipulation and Order TO EXTEND TIME FOR UNDERWRITERS TO RESPOND TO PLAINTIFFS COMPLAINT: Filed By: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant); Result: Granted ; Result Date: 08/29/2025 |
| 8/22/2025 | Answer; Filed by: QBE INSURANCE CORPORATION (Defendant); As to: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. |
| 8/11/2025 | Case reassigned to Stanley Mosk Courthouse in Department 58 - Hon. James I. Montgomeryeffective 08/11/2025; Reason: Inventory Transfer |
| 8/7/2025 | Proof of Personal Service; Filed by: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. As to: CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant); Service Date: 08/01/2025; Service Cost: 368.20; Service Cost Waived: No |
| 8/7/2025 | Proof of Personal Service; Filed by: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. As to: QBE INSURANCE CORPORATION (Defendant); Service Date: 08/01/2025; Service Cost: 313.70; Service Cost Waived: No |
| 8/7/2025 | Proof of Personal Service; Filed by: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. As to: NEW YORK MARINE AND GENERAL INSURANCE COMPANY (Defendant); Service Date: 08/01/2025; Service Cost: 313.70; Service Cost Waived: No |
| 8/7/2025 | Notice of Appearance; Filed by: QBE INSURANCE CORPORATION (Defendant) |
| 8/5/2025 | Notice of Case Reassignment and Order for Plaintiff to Give Notice; Filed by: Clerk |
| 8/5/2025 | Clerks Certificate of Service By Electronic Service; Issued and Filed by: Clerk; As to: Kirk Pasich (Attorney) |
| 8/1/2025 | Notice of Case Management Conference; Filed by: Clerk |

| Date | Entry |
|---|---|
| 8/1/2025 | Clerks Certificate of Service By Electronic Service; Issued and Filed by: Clerk; As to: Kirk Pasich (Attorney) |
| 8/1/2025 | Notice of Posting of Jury Fees; Filed by: WAYFARER STUDIOS LLC (Plaintiff) |
| 8/1/2025 | Order to Show Cause Re: Failure to File Proof of Service scheduled for 01/20/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 58 |
| 8/1/2025 | Case Management Conference scheduled for 01/20/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 58 |
| 8/1/2025 | Order to Show Cause Failure to File Proof of Service; Filed by: Clerk |
| 7/31/2025 | Case assigned to Hon. Bruce G. Iwasaki in Department 58 Stanley Mosk Courthouse |
| 7/30/2025 | Complaint; Filed by: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. As to: NEW YORK MARINE AND GENERAL INSURANCE COMPANY (Defendant); QBE INSURANCE CORPORATION (Defendant); CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 7/30/2025 | Civil Case Cover Sheet; Filed by: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. As to: NEW YORK MARINE AND GENERAL INSURANCE COMPANY (Defendant); QBE INSURANCE CORPORATION (Defendant); CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 7/30/2025 | Summons on Complaint; Issued and Filed by: WAYFARER STUDIOS LLC (Plaintiff); IT ENDS WITH US MOVIE LLC (Plaintiff); JUSTIN BALDONI (Plaintiff) et al. As to: NEW YORK MARINE AND GENERAL INSURANCE COMPANY (Defendant); QBE INSURANCE CORPORATION (Defendant); CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO POLICY NUMBER ESN0140179884 (Defendant) |
| 7/30/2025 | Alternative Dispute Resolution Packet; Filed by: Clerk |
| 7/30/2025 | Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk |

Back To Top