# Skarzynski | Marick

Skarzynski Marick & Black LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

**Evan Shapiro**
Direct Line: 212.820.7712
eshapiro@skarzynski.com

July 27, 2026

Via ECF
Hon. Lewis J. Liman
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Harco National Ins. Co. v. Wayfarer Studios LLC*, *et al.,* No: 1:25-cv-05949-LJL

Dear Judge Liman:

This office represents Plaintiff Harco National Insurance Company ("Harco") in the above-referenced action. We have conferred with counsel for the Defendants and we jointly seek an extension of the current pleading schedule in this matter.

The parties request that Harco shall have until August 5, 2026 to file an amended complaint and the Defendants shall then have until September 2, 2026 to respond to the amended complaint.

The current deadline for Defendants to respond to Harco's Complaint is July 28, 2026. No previous requests for adjournments or extensions of time have been made regarding this deadline and there is no currently scheduled appearance before the Court.

Thank you for Your Honor's attention and consideration

Respectfully submitted,

/s/ *Evan Shapiro*

Evan Shapiro

cc:  All Counsel Via ECF